

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279 Direct Phone
302 658-1192 Fax

February 4, 2008

**By CM/ECF and Hand Delivery**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

Re: **Mariela Gonzalez v. E. I. du Pont de Nemours and Company, C.A. No. 07-219-JJF**

Dear Judge Farnan:

I write on behalf of the defendant in this action, E. I. du Pont de Nemours and Company ("DuPont") in anticipation of the Scheduling Conference set for February 7, 2008 in the above-referenced matter.

As the Court is aware, there has been no activity in this case since DuPont timely filed its Answer to the Complaint on June 26, 2007. We understand from Plaintiff's counsel that he has been unable to contact his client, therefore DuPont has been unable to move this matter forward. Although counsel for the parties have discussed a possible schedule for the resolution of this matter, we would appreciate the Court's guidance about how to proceed given the plaintiff's apparent lack of interest in prosecuting this action. Counsel will, of course, be present at the Rule 16 Conference on Thursday, February 7 and will be prepared to address these issues.

In the meantime, counsel are available at the Court's convenience should Your Honor have any questions.

Respectfully,

Sarah E. DiLuzio
(Delaware Bar I.D. 4085)

cc: Clerk of the Court (Electronic filing via CM/ECF)
    R. Stokes Nolte, Esq. (Electronic filing via CM/ECF)

846385