IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MARIELA GONZALES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 07-219 JJF |
| | : | |
| E.I. DUPONT NEMOURS & CO., | : | |
| | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court had set a Rule 16 Scheduling Conference for February 7, 2008 in the above-captioned matter (D.I. 5);

WHEREAS, the Conference was cancelled per letter dated February 4, 2008 by counsel for Defendant (D.I. 6);

WHEREAS, the letter states that Plaintiff's counsel has been unable to contact his client with regard to discussing a possible schedule for this case;

NOW THEREFORE, IT IS HEREBY ORDERED that Counsel shall confer and submit a joint proposed Rule 16 Scheduling Order by **February 22, 2008**, or show cause why this case should not be dismissed for failure to prosecute.

February 11, 2008
DATE

Joseph J. Farnan Jr.
UNITED STATES DISTRICT JUDGE