IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIELA GONZALES, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-219 JJF |
| E.I. DUPONT NEMOURS & CO., | : |
| Defendant. | : |

### O R D E R

By order dated February 11, 2008, the Court required the parties to file a proposed Rule 16 Scheduling Order;

Plaintiff's counsel has been unable to contact Plaintiff and it appears that Plaintiff is unavailable to prosecute this action;

Plaintiff has provided no reason for the failure to cooperate and prosecute this action;

IT IS HEREBY ORDERED, this case is DISMISSED for failure to prosecute.

February 26, 2008
DATE

UNITED STATES DISTRICT JUDGE